<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-4265**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

VIVIAN DIANE GRAYDEN,

Defendant - Appellant.

———————

Appeal from the United States District Court for the District of South Carolina, at Greenville.  Henry M. Herlong, Jr., District Judge.  (CR-00-1029)

———————

Submitted:  July 31, 2003          Decided:  November 25, 2003

———————

Before WILLIAMS, MOTZ, and GREGORY, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Jim Brown, LAW OFFICES OF JIM BROWN, P.A., Beaufort, South Carolina, for Appellant.  J. Strom Thurmond, Jr., United States Attorney, Kevin F. McDonald, Assistant United States Attorney, Greenville, South Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Vivian Grayden appeals from her conviction, pursuant to a guilty plea to wire fraud, in violation of 18 U.S.C. § 1343 (2000). Finding no reversible error, we affirm.

On appeal, Grayden contends her plea colloquy was inadequate and her plea therefore involuntary. Because Grayden did not timely move to withdraw her guilty plea in the district court, this court reviews the Fed. R. Crim. P. 11 proceeding for plain error. See United States v. Martinez, 277 F.3d 517, 527 (4th Cir.), cert. denied, ___ U.S. ___, 123 S. Ct. 200 (2002). We have reviewed the record, including the transcript of the hearing conducted before the district court, and are satisfied that Grayden entered her plea knowingly and voluntarily and that there was no error in the plea hearing that affected her substantial rights.

Accordingly, we affirm Grayden's conviction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2